JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER, | Case No. 5:23-cv-00020-JVS-MAA |
| Petitioner, | **JUDGMENT** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Respondents. | |

Pursuant to the Order Dismissing Petition and Dismissing Action Without Prejudice filed herewith,

IT IS ORDERED and ADJUDGED that the Petition is DISMISSED and the action is DISMISSED without prejudice.

DATED: September 20, 2023

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE